——— FILED ——— ENTERED
——— LODGED ——— RECEIVED

United States District Court,
Western District of Washington  JUN  4 2009  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT D. WASHINGTON
DEPUTY

1

2   ) Case No.:

3   CV9 - 776 L

Lance P. McDermott,
4        Plaintiff,            ) Civil Action pursuant to
                               ) Freedom of Information Act
5   vs.                        ) (FOIA) – Title 5 section 552,
                               ) Title 39 section 261, Employee
6                              ) Retirement Income Security Act
John P. Potter, Postmaster     ) (ERISA) – Title 29 section 1132
7   General, United States Postal ) and Postal Accountability and
Service,                       ) Enhancement Act (PAEA) – Title
8                              ) 39 section 302.
        Defendant             )
9   _____  ) Noted for consideration on 19
                              ) June 2009

10                    Declaration

11      The form of this ligation is *Misrepresentation* by United

12   States Postal Service (USPS) Officials concerning the concealment

13   of facts, failure to disclose the facts, telling half truths, and

14   the issuance of false statements concerning the Area Mail

15   Processing Plan (Title 39 section 3691) used to close the Air

16   Mail Centers (AMCs) and contract out the core work.  (Lee H.

17   Kimmell v. Herman A. Schaefer, 89 N.Y.2d 257, 675 N.E.2d 450

18   N.Y.S.2d 715 (1996).)

19      Officials of the United States Postal Service have acted with

20   complete reckless disregard for the truth and have falsely

21   represented that there is an "approved" Area Mail Processing Plan

22   that closed/will close all Air Mail Centers (AMCs) and excess the

23   Federal Employees while contracting out their work to non-Federal

24   Retirement Plan contract employees.

25                     Parties



**09-CV-00776-CERT**            [A Pleading - 1

1.   Defendant – USPS Seattle Processing and Distribution
Manager, Don Jacobus (Page 20 complaint).

2.   Defendant – USPS Seattle District Manager, Katherine Nash
(Page 21 complaint).

3.   Plaintiff – USPS Mail Processing Equipment Mechanic,
Lance McDermott.

### Jurisdiction over the Person

Pursuant to the Postal Service Accountability and Enhancement
Act (PSEA) of 2006 incorporated in Title 39 section 409, Congress
has removed the immunity of the United States Postal Service from
suit and granted jurisdiction to the Federal Courts.  The Freedom
of Information Act (FOIA) Title 5 section 552(1)(a)(4)(B) gives
jurisdiction to the Court for the withheld Area Mail Processing
Plan information.  The Employee Retirement Insurance Savings Act
(ERISA) Title 29 section 1132(e) gives jurisdiction to the
District Courts to take into consideration the subcontracting of
work that affects a Federal Retirement Fund Program.

### Subject Matter Jurisdiction

I am asserting my claim created by federal law pursuant to 28
U.S.C. section 1331 that there is a Federal Question to be
answered by the Federal Court.

### Scope of Jurisdiction

The scope of the Court's jurisdiction is within the
Constitution Article III section 2 and Congressional Statutes
named in this pleading.

## Standing

I have been denied the information requested and have been injured by this denial.  I have exhausted all administrative procedures get the information and to settle this matter.

## Background

Postal Reorganization Act of August 12, 1970 (Public Law 91-375, 84 Stat. 719).

30 January 1973, Comptroller General report B-114874 - "On March 11, 1971, the Postal Service announced that if was planning to establish the National Bulk Mail System (NBMS) consisting of 21 bulk mail facilities, including the Memphis and Philadelphia facilities, and 12 auxiliary service facilities.  According to a Postal Service estimate, the NBMS sill cost about $1 billion and by using modern bulk mail machine-sorting techniques and by consolidating such mail from long-distance transportation, will result in reducing operating costs by about $300 million a year when it is fully implemented in 1975."

25 June 1973, Comptroller General report B-171594 - "This letter summarizes the briefing GAO representatives gave to your Committee and Subcommittee staffs on March 7, 1973, concerning the United States Postal Service's proposed Preferential Mail System (PMS)...  The proposed PMS is intended to improve mail service and to reduce operating costs... In February 1973, the Postmaster General stated that not decision had been made on the proposed PMS and that a great deal of work had to be done before the Postal Service could determine the best policy to be followed.  He stated also that the Postal Service would have to prove that it had the technical and managerial capabilities to handle the planned National Bulk Mail System before it could begin developing PMS."  Appendix I, letter form the Subcommittee on Postal Facilities and Mail, 9 January, 1973, Dear General:  - "I would like to have a General Account Office study done of the postal planning for Preferential Mail System consisting of at least 177 facilities at a cost of approximately four billion dollars..."

1 January 1976 and ending in 31 December 2030 the Postal Service entered into a lease agreement with the Port of Seattle for the lease of the land to build an Air Mail Center (AMC) at

1   the SeaTac Airport.  The lease for the land was renewed in 2005

2   for the Postal Service to pay $1.02 a square foot - $429,677 a

3   year for the land.  The Postal Service built a 174,000 square

4   foot facility. (exhibit 19)

5       10 December 1976, Comptroller General report GGD-76-100,
    Problems of the New National Bulk Mail System - "...The Bulk Mail
6   system represents the Service's first attempt to mechanize a
    nationwide mail processing system... Problems encountered in
7   development of the system included:  overestimation of the
    processing capacity of the system, underestimation of the volume
8   of mail... high incidence of misdirected mail... failure to meet
    delivery standards.  It cannot be concluded at this time if the
9   bulk mail system can provide enough savings to justify investment
    in the system...  The Service's ability to make substantial
10  improvements in these areas will largely determine whether the
    system sill be a success or an expensive failure."
11
        14 August 1980, Comptroller General report GGD-80-74 - "The
12  Service decided in July 1974 to construct a new building a few
    miles from Trenton, New Jersey, to handle all mail processing for
13  central New Jersey...  Pursuant to an August 1976 request from
    Congressmen Forsythe and Hughes, we studied the economic
14  justification for the proposed transfer of the Toms River mail
    processing..."
15
        1989 GAO report GGD-89-11, - "The U.S. Postal Service (USPS)
16  manages approximately 35,000 buildings nationwide... USPS policy
    requires specific coordination within community involved in a
17  forthcoming facility relocation to minimize concerns and prevent
    potential delays in acquiring new postal facilities..." (exhibit
18  5)  USPS Memorandum Establishing Coordination Procedures, 16
    March 1988, (exhibit 5, page 22)
19
        31 July 1992, GAO report B-248842, USPS Site Acquisition -
20  "... Specific concerns included the cost of acquiring the site
    and related construction costs, the need for roadway improvements
21  to accommodate large truck operations, and the lack of public
    transportation to the proposed facility...  City of Waltham v.
22  USPS (D. Mass. 1992) 786 F. Supp. 105 ... seeking permanent
    injunction ... until USPS:  (1) prepares an Environmental Impact
23  statement... (2) prepares a floodplains-wetlands study... (3)
    provides a detailed explanation... (4) grants Waltham access to
24  all Postal Service records... CONCLUSION ... The site was
    purchased, however, without a commitment that the city would
25  assist with roadway improvements that require the taking of

land."

24 September 1992, GAO report T-GGD-92-70, **Express** Mail Hub Contract Award Was Flawed – "... We found several deviations from the requirements in the solicitation...  Selection was not based on all criteria...  Cost estimates were inconsistent and contained errors."

25 March 1993, GAO report T-GGD-93-15, Restructuring, Automation, and Ratemaking – (GAO's testimony focuses on the Postal Service's (1) restructuring that largely took place from August to November of 1992, (2) efforts to automate mail processing, and (3) need to reform ratemaking policies and processes.  Postal Service data show that the restructuring eliminated about 27,000 overhead positions and resulted in thousands of retirements...  Although the restructuring cost the Service slightly over a billion dollars, which was written off in 1992, it expects to save about $800 million in 1993 and $1.4 billion annually beginning in 1994...  By February 1993, the total work force, including overtime hours, was only about 7,300 employees less that a year earlier in February 1992...  Service officials said that they would try to place employees into jobs within their commuting areas before directing employees to relocate to other cities...  the Service took several steps designed to both ensure the timely reduction of the work force and minimize the adverse effects on postal employees.  – An early out option was offered ... A monetary incentive was offered ... – no layoffs ... retain their current grade and pay indefinitely ... provided training and job placement to assist employees in finding jobs..."

Government Performance and Results Act of August 3, 1993 (Public Law 103-62).

1996 GAO report GGD-96-129A – "... According to Service data, of the 39,149 post offices it operated in fiscal year 1995, 17,702 (about 45 percent) reported taking in annual revenues that were lower that their aggregate expenses for the same year by about $1.1 billion.  The Service is taking steps to upgrade many post offices and make them more accessible to customers.  However, the 1970 Act contains detailed criteria and procedures that the Service must follow to close a post office, such as announcing a proposed closing and providing time for anyone affected to appeal the action to the Postal Rate Commission..." note 3 – "Of the 39,149 post offices operated in fiscal year 1995, 10,757 were small stations, branches and community post offices."  – "... Between April 1993 and November 1995, after the Service had largely completed a downsizing effort, overall postal employment (career and noncareer) grew by about 10 percent, from 782,000 to 885,000 employees."  (Note:  30 Percent of Postal

facilities are not revenue producing Post Offices (exhibit 5).)

1997 GAO report GGD-97-163R The Postal Service's Draft Strategic Plan - "... in 1996, the Service maintained over 35,000 postal facilities and delivered more than 180 billion pieces of mail to nearly 130 households and businesses...   The Results Act call for the Service to submit a strategic plan to the President and the Congress by September 30, 1997.   The Service has engaged in strategic planning for several years using its current management system called 'Customer Perfect!' ...   to make improvements.   This system includes four major phases:   (1) establishing goals, (2) deploying resources toward achievement of those goals, (3) implementing improvement actions, and (4) reviewing performance and adjusting actions."

August 1998 the Postal Service leased a "temporary" 102,400

square foot Priority Mail Annex located at 22430 Russell Road,

Kent, Washington.   This facility is 5 Miles from SeaTac Airport,

no public transportation, no secure employee parking, no truck

parking, no easy freeway access, poor heating and no air

conditioning unlike the AMC.   (exhibit 21)

1999 GAO report OCG-99-21 U.S. Postal Service Challenges - "... To carry out its mission, the Postal Service has nearly 900,000 employees and maintains a national network of over 38,000 post offices and postal facilities."

1999 GAO report GGD-99-23 Key Elements of Federal Building and Facility Partnerships - "... Agencies prepared business plans that address market conditions, public and private responsibilities, and project financing in order to make informed partnership decisions and to protect the government's interests...   The federal real property disposal rules prohibit most agencies from using revenues from the lease or sale of excess properties."

March 1999 OIG report FA-AR-99-001 - "The audit disclosed that the Improvement Plan did not receive approval and oversight at the appropriate level and that approved deviations were costly to the USPS."

October 1999 OIG report CL-TR-00-001 - "The Postal Service is a $60 billion business that relies on strong financial management to control costs and maximize revenues.   The Postal Service

1  purchased $8 billion in goods and services in Fiscal Year 1998
   through contracts.  In addition, the Postal Service is one of
2  America's largest owners, developers and managers of real estate.
   In Fiscal Year 1998, The Postal Service spent close to $1.2
   billion for contracts to repair, renovate, and construct
3  facilities."

4     2001 GAO report GAO-01-262 – "... more than 38,000 post
   offices, stations, and branches, and more than 360 major mail
5  processing and distribution centers."

6     2001 OIG Report FA-AR-01-001, Authorization of Funds for
   Construction Projects; - "The audit found Facilities Service
7  office personnel did not always prepare required Decision
   Analysis Report modifications … Facilities Service office
8  personnel were aware of the requirement to prepare a DAR
   modification when transferring funds between site and building
9  investment categories.  However, they circumvented this
   regulation and approved the transfer through a revised project
10 authorization form."

11    August 2001 the Postal Service entered into an $9.6 billion

12 agreement with FedEx for the Shared Network Service Contract.

13 Along with this agreement the Postal Service outsource the AMC's

14 Terminal Handling Services (THS) to several companies at 80

15 airports worth $159 million(?), (exhibit 25).  With the THS

16 contracts the Postal Service is paying millions of dollars for

17 the lease of the 80 facilities the THS contractors are in,

18 (exhibit 26).  This contract was challenged in court for

19 violation of USPS's own procurement regulations and using flawed

20 data.  – "'Unfortunately, the parties have kept the details of

21 this no-bid contract secret, so it's impossible to fully evaluate

22 whether it is in the public interest,' said Rep. Tony Hall, D-

23 Ohio.  'However, there is credible evidence that it won't provide

24 the cost savings and service improvements that the Postal Service

25 says it will.'" (exhibit 31).

9 August 2002, letter from USPS CFO Patrick Donahoe to the Unions – "In order to decrease the number of unfair labor practice charges, I would like to take this opportunity to reaffirm the general principle that the unions are entitled to all relevant and <u>necessary information</u> to perform their obligations as the representative of bargaining unit employees." (exhibit 34)

11 September 2002, Congressional Research Service Report for Congress, page 7, **Legacy costs. – "**In addition to its debt to the Treasury which will approach $13 billion by the end of FY 2002, GAO (02-355) also noted that USPS must pay <u>$32 billion in retirements liabilities,</u> $15.8 billion <u>interest expense on this liability,</u> $6 billion in worker compensation claims, and an obligation amounting to at least <u>$45 billion for retiree health benefits that is not carried on the books though it should be.</u> These numbers will only grow in the future, and servicing these debts for past delivery services will become an ever-greater proportion of postage prices to be paid by future users of the Postal Service (or by the taxpayer)... **Inadequate information.** GAO, the PRC, and the USPS Inspector General (IG) have each expressed frustration at the paucity of information USPS makes available that would allow those outside the service to analyze its financial condition and evaluate ways to improve it. Unusually for a government entity ... <u>GAO has questioned whether USPS has 'reliable performance and cost information to effectively realizing anticipated cost savings'</u> ... The IG testified before the House Government Reform Committee on April 4, 2001 that USPS lacked information to justify major investments: ..."

12 September 2002 GAO report GAO-02-916R USPS Accounting for Postretirement Benefits – "... However, GAO recommended disclosure of the full amount of the accrued benefits earned by USPS employees and retirees in notes to its financial statements to provide <u>more complete information</u> for making informed judgments about USPS in dealing with oversight matters, assessing rate change requests, and evaluating USPS's overall financial position and performance... Unlike private sector employers, USPS is statutorily prohibited from making variation, addition, or substitution with respect to fringe benefits it would result in a program fro fringe benefits that on the whole is less favorable to its officers and employees than fringe benefits in effect on July 1, 1971... We believe decisionmakers' ability to fully consider the impact of these obligations is hindered by the current lack of recognition and disclosure to them in USPS's financial statements."

1     January 2003 GAO report 03-205 Employee Issues Associated
with the Potential Closure of the San Mateo IT Center – "... USPS

2     plans to offer job assistance to management employees seeking
nonpostal jobs.  However, USPS does not plan to offer job
assistance to union employees because such assistance is not

3     covered by their collective bargaining agreement...  The
Investment Review and Approval Process requires that a Decision

4     Analysis Report (DAR) be prepared as support for the investment.
Additionally, the process requires that key senior postal

5     executives approve the DAR... these approvals are the final steps
in its Investment Review and Approval Process...  plant and

6     facility closures occur throughout the nation and generally
result in negative economic and social impacts on employees and

7     their families."

8     2003 GAO report 03-747 Vacant and Underutilized Federal Real
Property shows that the Postal Service had 114 vacant and

9     underutilized buildings and land.  (Mostly land)

10    2003 – USPS five-Year Strategic Plan, page 42, Optimize
Distribution Networks – "The Postal Service has initiated a

11    Network Integration and Alignment (NIA) effort with a chapter to
create a flexible processing and distribution system... The

12    knowledge gained will serve as a critical tool in the decision-
making process that will determine the shape, scope, and

13    operational vision of the 21st century postal system." (exhibit
1)

14

15    3 February 2003, Comments to the President's Commission on
the USPS submitted by Ruth Y. Goldway, Commissioner Postal Rate

16    Commission – "... in the long run, the Service needs to be
privatized and the letter and letterbox monopolies phased out...

17    Local governments could be given the authority to decide who can
provide the best and cheapest mail delivery service... (I do not

18    mean substituting cheap labor for union jobs.) ... mail
processing escalating from 6.2 percent of direct labor costs in

19    1969, the year before postal reorganization, to 31.4% in 1996...
We all await detailed plans (not just the promises) to

20    consolidate facilities and close unnecessary facilities...
Privatization also is a means for the U.S. Government to recover

21    the assets it gave away for free in 1970 to the current postal
corporate entity.  In a sense, those assets have been parked in

22    escrow while the USPS has been given the free use of them...
While there are 38,000 post offices... the Postal Service should

23    be privatized or contracted out so that cash from the increased
value of long-held properties could be generated or lease

24    revenues maximized.  The log-term strategic value of the USPS
retail network and its community support function need a thorough

25    analysis..."

1   1 March 2003 the Postal Service subleased to the Terminal

2   Handling Services contractor Matheson Flight Extenders the ground

3   floor (half) of the Transplex "G" Building at the SeaTac Airport

4   for $387,500 per year or $15.50 a square foot (25,000 sqft).   The

5   Port of Seattle has a Tenant Contract with (1) Transiplex

6   International Inc., to manage the SeaTac Airport's warehouse

7   buildings.  So, (1) Port of Seattle lease to (2) Transiplex Intl.

8   who subleased to (3) SeaTac Air Cargo Limited, who subleased to

9   the (4) Postal Service, who subleased half the building to the

10  THS contractor (5) Matheson Intl.  Each time there was a lease

11  agent with his hand out.   (exhibit 20)

12      September 2003 USPS Five-Year Strategic Plan, Network
    Optimization and Facility Utilization, page 42 -"The Postal
13  Service's investment in computer-based network modeling has been
    important step forward in developing an understanding of system
14  capacity and capabilities.  The knowledge gained will serve as a
    critical tool in the decision-making process that will determine
15  the shape, scope, and operational vision of the 21st century
    postal system."  Facilities, page 52 – "... The Postal Service's
16  facility-related requirements are currently being evaluated and
    prioritized with the particular focus on high growth areas,
17  facility obsolescence, and necessary maintenance on real property
    assets."   Performance-Based Culture Strategies, Page 57 – "Over
18  the next five years, 63 percent of officers and executives, 46
    percent of managers and supervisors, and 35 percent of all other
19  employees will reach eligibility for regular retirement..."

20      November 2003 GAO report 05-48 – "... The U.S. Postal Service
    has over 800,000 employees and almost 38,000 facilities
21  nationwide."

22      2004 OIG report CA-MA-04-002 - "The Postal Service is one of
    America's largest owners, developers, and managers of real
23  estate.  Its inventory includes over 37,500 buildings with more
    than 318 million square feet of owned and leased space… Postal
24  Service area officials advised us they did not annually review
    their inventory of owned property because they were unaware of
25  the requirement."

2005 OIG report CA-MA-04-005, "As of April 2004, the Postal Service owned 8,771 facilities and leased 28,337, totaling over 318 million square feet." (37,108)

2006 Strategic Plan – page 15, Facilities – "<u>A new program to increase revenue from the disposition of excess properties was established with a goal of $2.2 billion in revenue over the next 10 years.</u>"   page 16, Evolutionary Network Development – "... A Network Alignment Implementation office was created at Postal Service Headquarters to <u>direct network transition activities</u> and coordinate the <u>development of individual site plans for operational changes such as staffing,</u> equipment, expansion, and mail flow and distribution changes...  All but one of the 11 Area Mail Processing (AMP) proposals approved last year were implemented.  One AMP proposal was approved in 2006 and 37 AMP feasibility studies are in progress.  The Postal Service has enhanced the AMP stakeholder communications process to address community related concerns and provide more effective outreach. <u>Handbook PO-408, Area Mail Processing Guidelines,</u> is being revised to reflect these changes."   page 17 – "The Postal Service notified employee organizations of plans to <u>consider</u> contracting operations at up to <u>43 AMCs</u>."   page 31 – "Each day managers in more than <u>29,000 Post Offices</u>..."   page 41 – "Complement and workforce related indicators are carefully tracked using the WebCOINS application which provides local management with timely and accurate complement information."   (Note: 43 AMCs and 37 AMP studies.)

February 2006 Statement of Tom Samra, Vice President, Facilities, before the Committee on Federal Financial Management, – "In <u>1997, we initiated a focused asset management program.</u>  Its goal is to provide internal expertise to identify, analysis, and maximize the return on underutilized and surplus buildings and real estate.  While it can be a challenge to realize the maximum market value from each property, the success of our asset management team has been remarkable.  Since the program began, the Postal Service has realized <u>gross revenues in excess of $1 billion</u> through the lease or sale of unneeded property, with over $700 million of this figure representing sales of more than 500 properties."   ($1.4 million per facility, $5 million estimate for new facility.  $3.6 million times 500 facilities is $1.8 billion in lost Real Estate equity.)

3 February 2006 OIG report CA-MA-07-003, Background – "The OIG and the Supply Management Facilities Portfolio (SMFP) entered into an agreement on February 3, 2006, to develop and conduct work focused on the Facilities Service Offices' (FSO) use of the Parsons' indefinite quantity contract (# 512582-03-B-0005).  The goals of the Value Proposition are to:  1. Assure suppliers and

responsible Postal Service personnel abide by the terms and conditions of the contracts and Postal Service regulations.   2. Reduce cost and ensure the efficiency and effectiveness of the contracts.   The SMFP mission is to provide purchasing leadership for major facilities projects…"   (A $900 million 10 year facilities consulting contract.   The 2004 Area Budget Targets shows $5,482,096 projected for additional growth of facilities. The Postal Service is spending $90 million a year for a planning contract for spending $5.5 million a year to build (one?) new facilities.)

6 February 2006 Statement of Tom Samra, VP Facilities, before the Subcommittee on Federal Financial Management – "With more than 34,000 Post Offices, processing plants, vehicle maintenance facilities, and administrative offices, this requires flexibility, responsiveness and a sharp eye on the bottom line. Some 26,100 of these facilities are leased, and 8,400 are owned." (34,500)

17 February 2006 Postal Service Outlines Plans for New Network (DMNews) – "In an effort to meet future operational needs, increase flexibility, and cut costs, within a year the U.S. Postal Service will start phasing out facilities that handle just one type of product, such as bulk mail centers and international service centers.  Instead, USPS will create regional distribution centers focused on shape-based processing. Paul Vogel, USPS vice president of network operations, said in a media teleconference yesterday, "Our network is designed around product or mail class, and our technology is designed around shape…  Now we have to bring those two concepts [together.]"

20 March 2006 OIG report NO-MA-06-001 Status on the Evolutionary Network Development Initiative – "... The infrastructure includes over 450 mail processing facilities, along with one of the world's largest transportation networks featuring some 215,000 vehicles and more than $5 billion in annual contracts for highway, air, rail, and water transport. The President's Commission believes these operations are inefficient and cost the Postal Service billions of dollars in unnecessary expenses.  The President's Commission called the END initiative the most important deliverable in the Transformation Plan.  Postal Service management recognized the problem with its infrastructure and the need to consolidate or close facilities, and standardize and modernize those that remained.  As part of the Postal Service's Transformation Plan, they developed the END initiative to optimize its processing and transportation network. The END initiative contains processes and tools for analyzing the optimal number, location, and functions of mail processing and transportation facilities.  The charter of END is to create a flexible logistics network that reduces Postal Service and

customers' costs, increases operational effectiveness, and improves consistency of service.  The Postal Service's Strategic Transformation Plan 2006-2010 states that efforts to create a flexible network to increase productivity and effectiveness will continue as an evolutionary process."

3 July 2006 letter to the Union – "This letter is to notify you that the Postal Service is considering subcontracting the tender and receipt of mail currently performed by bargaining unit employees at the following 43 Air Mail Centers:...  Any site specific information about such employee impact will be developed in each area, district, and when available, will be shared with area and district union designees."  (exhibit 3) (Note: 43 AMCs, Seattle is on this list)

14 November 2006, the U.S. Department of Justice's U.S. Attorney's office for District of Columbia issued the following press release:  – "The United States Government has reached a $10,000,000 settlement with former U.S. Postal Service (USPS) contractor Emery Worldwide Airlines (Emery) concerning its responsibility for the acts of Emery's employees in allegedly knowingly inflated billings to the USPS for the handling of Priority Mail at mail processing facilities during a multi-year contract..."  (exhibit 6)

Postal Service Accountability and Enhancement Act of December 20, 2006, Public Law 109-435, (Reference 39 U.S.C. 404).

22 December 2006, OIG report NL-AR-07-001, Airport Mail Center Operations – "... network includes 59 airport mail centers...  Initial standardization plans anticipated that 52 of the Postal Service's 59 AMCs would be converted into ATOs (Air Transport Offices) over an 18-month period... In July 2006, the Postal Service formally announced that it was considering outsourcing the principal AMC core functions...  The Atlanta AMC was not one of the 52 AMCs designated for conversion to an ATO under the Postal Services FY 2005 standardization initiative... no documentation to support staffing level... no productivity documentation to validate the managers' assessment..."  (Note: 59 AMCs)

2007 OIG report SA-AR-07-006 as of June 15, 2007 the Postal Service owned 8,479 facilities and leased 25,431 facilities. (33,900)

June 2007 GAO report 07-717 Mail Processing Realignment Efforts Under Way Need better integration and Explanation, page 44 Conclusion – "In our report 2 years ago, we concluded that USPS did not have answers to important questions about how it intended to realign its mail processing networks.  This

1  conclusion still holds today...  USPS remains unable to
   demonstrate to Congress and other stakeholders the costs and
2  benefits of these initiatives.  Further, data inconsistencies
   related to the AMP initiative have limited USPS's ability to
   identify potential impacts in its feasibility studies of proposed
3  AMP consolidations...  Stakeholder concerns related to the lack
   of clear and useful notification to stakeholders, coupled with
4  lack of public input and transparency into USPS's AMP
   consolidation decision making, have contributed to public
5  frustration with USPS's communication regarding its AMP
   consolidation decisions.  USPS is currently developing Facilities
6  Plan, mandated in legislation passed in December 2006, explaining
   how the network will be realigned and outlining how USPS will
7  interact with stakeholders in making any changes...."  Footnote
   38 – "According to USPS officials, communication requirements
8  would be modeled after the Worker Adjustment and Retraining
   Notification Act, Pub. L. No. 100-379 (29 U.S.C. 2101, et seq.)."
9  (exhibit 7)

10     26 June 2007 GAO report 07-1083T Progress Made in
    Implementing Mail Processing Realignment Efforts, but Better
11  Integration and Performance Measurement Still Needed, page 10, –
    "Table 1:   Status and Purpose of Central Realignment initiatives;
12  Area mail processing consolidations – In progress – "Increase
    efficiency and use of existing machine capacity by consolidating
13  mail processing operations, (of the 57 potential consolidations
    USPS studied in 2005 and 2006, 10 have been implemented and most
14  of the remaining will not be implemented)."  Page 24 and 25,
    Appendix I:  – "Status of USPS 2005 and 2006 AMP
15  Consolidations:..." (as of May 2007). (Seattle Air Mail Center is
    not on the list.)   (Note: 57 AMCs) (exhibit 8)
16
       29 June 2007 Fiscal Year 2008 Final Area Expense Targets –
17  "The fiscal year (FY) 2008 final area targets in support of
    corporate goals have been approved.  The final budget (FBUD)
18  includes area base downloads, breakthrough productivity
    initiatives, and operational programs, forecast volume, and
19  delivery network impacts." Page 4 Program Name & No. – "20 Mail
    Processing Infrastructure (MPI) Phase 3 (EN-106)" (exhibit 11)
20
       6 July 2007, the US District Court for the District of
21  Columbia in APWU v. USPS, Civil Action No. 06-726 (CKK), in it
    the Union alleged that USPS violated 39 U.S.C. Section 3661 of
22  the Postal Reorganization Act in developing the USPS'
    Evolutionary Network Development (END) program without the Postal
23  Rate Commission's approval.  The Court found that the claim – "is
    clearly moot unless USPS' alleged violation of Section 3661 is
24  capable of repetition, yet evading review.  The capable of
    repetition, yet evading review exception to the mootness doctrine
25  applies where '(1) the challenged action was in its duration too

short to be fully litigated prior to its cessation or expiration, and (2) there was a reasonable exception that the same complaining party would be subject to the same action again.' Weinstein v. Bradford, 423 U.S. 147, 149, 96 S.Ct. 347, 46L. Ed. 2d 350 (1975)."

17 August 2007 *Logistics All Hands Meeting*, Page 2 – "Coordinated with Commercial Air Operations to identify the core stakeholder functions required for executing the administrative action for AMC/AMF deactivation by Area Distribution Networks." Page 3 – "Co-coordinated workgroup meeting with stakeholder steps and activities necessary to support Area Distribution Network execution of AMC/AMF deactivation.  – Documented and validated the individual functional process flows with stakeholder representatives.  – Designed and developed the 'macro-level' functional process management flow diagram for AMC/AMF deactivation ..." Page 8 – "AMCs Closed – 43  --  AMC Pending Closures – 25..."  (Note: 65 AMCs) (exhibit 28)

September 2007 Supply Management investment Recovery Plan, Page 4 – "3.  Ensure investment recovery is included in the development of a standard plant closing plan and plant consolidation plan (including post offices and facility plan). 6.  Develop a revenue and expense model to include cost of operation; i.e. transportation, warehousing, packing, finance, data collection and labor costs." Page 5 – "Goal 4. Define the geographic Redistribution Centers and establish a network system."  (Exhibit 29)

December 2007 GAO report 08-41 – "To address the challenge of capturing and maintaining accurate facility management data, the Postal Service developed the Facility Database, but the database does not conform to the Postal Service's goals or to leading federal practices; specifically, it does not include data needed to measure performance on managing facilities or have the capacity to track such data over time.  Further, a data base analysis by GAO revealed data reliability problems, including duplicative and contradictory data.  In addition, major Postal Service departments do not use the database as a consolidated data source for managing p0ostal facilities..."

2008 OIG Report SA-RA-08-004, Postal Service Single Source Provider System, Results: – "… our review identified management control weaknesses as follows:  FSOs do not consistently manage repair calls through the FFSP. FSOs do not adequately track the expenditures charged to the repairs and alterations budget line. FSOs do not adequately control FKC invoicing and payments.  Data in the FFSP system is not reliable… One FSO did not accept routine calls… other three did not… FSO bypassed the FSSP… Thirty-three of the 115 emergency or urgent FSSP calls we

*reviewed had been open for over a year... FSOs were inconsistent."*

24 January 2008 OIG report FT-AR-08-005 New York International Service Center, - "... Volume data used to bill foreign postal administrations in inbound Express Mail service was <u>not always accurate</u>. We found errors in 97 of 120 items review for China. For all *other countries, we found errors in 57* of 78 items reviewed."

*March 2008 USPS Handbook PO-408 (revised) Area Mail Processing Guidelines 1-1.1 -* "Area mail processing (AMP) is the consolidation of all orignating and/or destinating distribution *operations from one or more Post Offices/facilities into other* automated processing facilities for the purpose of improving operational efficiency and/or service." *2-6 Supporting Documentation:* - "1. <u>Operating plans...</u> @. Reports ... 3. Analyses ... 4. Copies of communications to stakeholders ... 5. Any other reports ... 6. Impact statement ... 7. AMP *worksheets..."* *3-4.1 District Responsibilities:* - "1. Management must review all worksheets ... 2. Management must retain copies ... 3. The district manager has overall *responsibility for the public input meeting ..."* *3-4.3 Headquarters Responsibilities:* - "1. ...review ... 2. ... review 3. The SVP Operations make the final decision for the *consolidation of mail processing operations. Notice of the final* decision will be sent to the AVP... 4. <u>For approved AMP</u> <u>proposals, the manager NAI maintains oversight through the post-</u> <u>implementation reviews."</u> *4-2 Responsibilities -* "District and plant management in each affected location, with support from their local area Public Affairs and Communication personnel, have lead responsibility for communicating to employees and customers..." *4-3 -* "AMP is affected by the Postal Service Accountability and Enhancement Act, which became effective December 20, 2006. Specifically, the Postal Service must do the following: 1. Provide adequate public notice to communities affected ... 2. Make available information about any service changes ... 3. Afford affected persons ample opportunity to provide input on the proposed decision. 4. Take such comments into account in making a final decision." *4-4 Communication Plan Overview -* "The objective of the AMP Communication Plan is to communicate effectively to the public and Postal Service employees the fact that consolidation of operations improves efficiency and/or service..." *5-1 -* "To prepare the business case for consolidation of operations, area mail processing (AMP) coordinators must obtain AMP worksheets and other information online at ..." (exhibit 17)

5 March 2008 Statement of Postmaster General John E. Potter - "... Our personnel policies and procedures are designed to treat employees in a fair, equitable and objective manner... The PAEA

acknowledged the need for the Postal Service to streamline its distribution network and to rationalize the postal facilities network...   The Network Plan that we submitted to Congress is not the last word on these programs."   (exhibit 24)

23 April 2008 the Postal Service renewed the lease agreement for the for the "temporary" 102,400 square foot Priority Mail Annex located in Kent, Washington for $723,395 a year or $7.06 a square foot.   page 4 – "The terms of the proposed lease do not allow early termination of the lease by either party."   page 5 – "There are no nearby Postal Service facilities with sufficient space available to house the operations currently located at the Priority Mail Annex...   The existing facility is not on any Headquarters capital plan for replacement."   (exhibit 21)   (USPS Active Projects as of 5/9/2009 Seattle, WA L&DC (Logistics and Distribution Center) (exhibit 23).)   (Note:   The PMA is located in between a river and wet lands (mosquitoes) and has no air conditioning (except in the management offices).   Millions of dollars was spent upgrading the AMC with Air conditioning.   The Postal Service also leases three buildings at the SeaTac airport's north cargo Transiplex #15, #16, and #19 for contractors (exhibit 30).)

June 2008, USPS Section 302 Network Plan, page 4 – "Subchapter VII of the Postal Accountability and Enhancement Act (PAEA), Public Law 109-435, 120 Stat 3198, specifies three objectives, ...third is the submission to Congress of this Network Plan... – over 400 mail processing plants and related logistics and transfer facilities, over 37,000 Post Office locations..."   page 5 – "... Before making any decisions, the Postal Service will employ its recently enhanced Area Mail Processing (AMP) guidelines to assess the feasibility of local consolidation opportunities..."   page 20 – "The Postal Service

1  terminated operations at the following <u>46 AMCs</u> during FYs 2006-
2  2007: ...   In addition, the Postal Service already has terminated
   operations at the following <u>eight AMCs</u> in FY 2008: ..." (<u>Seattle
3  is not on the list.</u>)  page 21 - "Total program savings are
   expected to be $117 million from the elimination of workhours and
4  facilities lease expenses... Network of <u>37,000 Post Office</u>
   units..." page 22 - "... approximately <u>400 relatively large mail
5  processing plants</u>... The Postal Service has employed its AMP
   guidelines to analyze locally generated proposals for the
6  consolidation of all originating and/or destinating distribution
   operations from one facility to another.  These procedures have
7  been updated recently and are published in the form of USPS
   Handbook PO-408 Area Mail Processing Guidelines (March 2008).
8  page 25 - The District Manager is required to conduct a public
   input meeting." page 27 - "Accordingly, consistent with the
9  requirements of PSEA section 302(c)(3)(D), the Postal Service has
   developed a detailed AMP Communications Plan ... AMP feasibility
10 study, information on consolidation proposal and public meeting,
   and the final decision ..."  page 29 - "The specific impacts on
11 postal costs, postal employees and customer service will be
   identified during the AMP process and communicated in accordance
12 with the Postal Service AMP Communications Plan."  (Note: 54
   AMCs) (exhibit 4)

13     July 2008, GAO report 08-787 - "The Service does not have a
   comprehensive mechanism for measuring results, including any
14 actual savings; therefore, it could not provide information on
   the effectiveness of its outsourcing.  Without cost-savings data,
15 postal managers, stakeholders and Congress <u>cannot assess the risk
   and value of outsourcing...</u>  Overall, the Service could not
16 provide information on the total extent of its outsourcing
   activities that impacted bargaining unit work because the
17 contracts related to bargaining unit work are not separately
   tracked."

18     16 July 2008 OIG report EN-AR-08-004 - "<u>Management did not
   conduct a post-implementation review (PIR) after outsourcing</u> the
19 Miami AMC to determine whether the out sourcing was cost-
   effective.  The Postal Service had not established post-
20 implementation guidance at the time the outsourcing was
   initiated.  In a previous AMC outsourcing report, we recommended
21 Postal Service Headquarters management develop a PIR process, and
   they are currently developing guidance.  Without a review, there
22 is no assurance that the outsourcing initiative achieved
   anticipated results."

23
24     24 July 2008 Statement of Deputy PM Patrick R. Donahoe,
   before the Subcommittee on Federal Workforce,  - "Today's mail
25 processing network is comprised of more than <u>400 mail processing
   plants</u>...  over <u>37,000 post officies</u>..."

24 July 2008, GAO report 08-1022T – "In its June 2008 Network Plan, USPS clarified how it makes realignment decisions, and generally addressed how it integrates its realignment initiatives.  However, USPS has not established measurable performance targets for its realignment initiatives... Going forward, it will be crucial that USPS establishes and maintains an ongoing and open dialogue with stakeholders... who have questions or are concerned about the proposed realignment changes."

1 August 2008 the Postal Service leased for 15 months office space downtown Seattle for the Postal Inspection Service (IS) Inspectors at a cost of $700,000 while their office space in the Main Post Office under went a $7.4 million renovated.  Page 2 – "There are also no USPS facilities in the immediate are that can accommodate the IS function."  (exhibit 22) (43,109 square foot building and $7.4 million spent is $171 a square foot.)  (There is office space that Inspection Service abandoned in 2001 that was used to host the Postal Police (removed) at the P&DC (leased) that also has an active Inspection Service office 10 minutes from downtown Seattle.  The AMC (owned) with office space is 20 minutes from downtown.)

30 September 2008, OIG report NL-AR-08-009 Air Networks – Dallas Airport Mail Center – "The Dallas AMC operated at lower efficiency levels as compared to national productivity standards or similar operations at other facilities; misaligned some workhours with workload; and performed some unnecessary work... management did not enforce standards and productivity data was inadequate or did not exist.  Consequently managers did not have the tools to control operations..."

September 2008 GAO report 08-966 New Delivery Performance Measures Could Enhance Manager's Pay for Performance Program – "As USPS implements requirements of the postal reform law for measuring delivery performance, it will have opportunities to incorporate new indicators into its PFP program ... that uses service performance metrics for the mail that is measured to

support personal and unit accountability."

25 September 2008 GAO report 08-113R Postal Network
Realignment – "This network includes over 600 facilities that
sort mail and prepare it for transportation and delivery... One
such initiative, area mail processing, is designed to consolidate
operations at facilities with excess machine capacity..." Page 3
– "To strengthen its planning and communications, in June 2008,
USPS issued its Network Plan. This plan, mandated by the Postal
Accountability and Enhancement Act of 2006 (PAEA), was to include
USPS's long-term vision... and USPS's communication procedures
for AMP consolidations. USPS has additional legislative
requirements to meet before moving forward with AMP
consolidations... the Consolidated Appropriations Act for fiscal
year 2008, restricts USPS from implementing additional AMP
consolidations until ...." Page 10 – "... Going forward, it will
be crucial for USPS to establish and maintain an ongoing and open
dialogue with its various stakeholders, including congressional
oversight..." (exhibit 9)

FYs 2009-2013 Capital Budget Technical Package Guidelines II.
Page 3, Transformation Plan Strategies F. – "To emphasize the
need for facilities and equipment designed to provide desirable
working conditions for U.S. Postal Service (USPS) employees, a
maximum convenience for efficient Postal Service, proper access
to existing and future air and surface transportation facilities,
and control of costs by the Postal Service." Page 6, IV.   D. –
"A Mail Processing Project Initiation Sheet (MPPIS) for all Line
62 Processing and Distribution Facility projects must be
submitted to Facilities Planning, Policies and Programs for
functional review and prioritization." Page 22, – "The need for
Major Mail Processing Facilities is impacted by various network
strategies. The following projects are scheduled for continued
planning, site purchase, design and construction in FY 2009: ...
SEATTLE, WA – L&DC NCO..." Logistics and Distribution Center
(L&DC) New Construction (NCO) (exhibit 18)

20 March 2009 USPS News Link Extra – "Today the Postal
Service has announced it will close six of its 80 district
offices... USPS will reduce administrative staff positions at the
district level nationwide by 15 percent.  In addition, more than
1,400 mail processing supervisors and management positions at
nearly 400 facilities around the country will be eliminated and
nearly 150,000 employees nationwide are being given the
opportunity to take an early retirement...." (exhibit 32)

5 April 2009 APWU union letter – "Many clerks have been
asking me what is the latest information on management's plans
for the Clerk Craft due to the projected closing of the AMC and
due to the decline im mail volume. Management hasn't provided or

1   <u>discussed any specific plans</u> for any clerk craft changes,
    abolishments, or excessing, etc.  The union has requested all
2   documentation and plans, but as of today management hasn't
    provided any details for the closure of the AMC."  (exhibit 33)

3       20 May 2009 GAO report 09-674T Network Rightsizing Needed to
    Help Keep USPS Financially Viable - "... USPS has made limited
4   progress in rightsizing its networks...  USPS has consolidated
    operations through attrition and currently has about 160,000
5   employees eligible for retirement..."  Page 9 - "USPS can
    streamline its network of close to <u>37,000 post offices</u>, branches,
6   and stations - a network that has remained largely static ...  We
    also found that USPS has a maintenance backlog for its retail
7   facilities, including facilities that we visited which had
    chronically leaking roofs and visible interior and exterior
8   damage.  USPS officials stated that USPS has historically
    underfunded its maintenance needs and insufficient funding has
9   caused USPS to focus on reactive maintenance..." Page 16 -
    "Appendix II:  Status of 2008-2009 Proposed Area Mail Processing
10  Consolidations as of May 15, 2009, Total <u>AMP proposals: 33</u>..."
    (Seattle is not on the list) (exhibit 10)
11

12                  Freedom of Information Act

13      Title 5 section 552(4)(B) - "On complaint, the district court

14  of the United States in the district in which the complainant

15  resides, ... has jurisdiction to enjoin the agency from

16  withholding agency records and to order the production of any

17  agency records improperly withheld from the complainant... (b) of

18  this section, and the burden is on the agency to sustain its

19  action."

20      I attended a Labor/Management meeting along with the American

21  Postal Workers Union Officials about the closing of the SeaTac

22  Air Mail Center on 27 March 2009.  I attended the meeting just to

23  get a copy of the approved Area Mail Processing Plan that no one

24  had seen (meeting minutes, exhibit 15).  Page 2 - "The Management

25  promised to provide documents other than the ones passed around

1   at this meeting."  The meeting was headed by <u>Seattle Processing</u>

2   <u>and Distribution Manager Don Jacobus</u> who opening statement, page

3   3 - "This meeting is to give you the most updated information

4   regarding AMC closure, but this is not a meeting of negotiations

5   or signing of agreements."  Page 4 - "Some questions were raised

6   and Jacobus said, 'We are going out of business." (exhibit 15)

7       I asked at the beginning of the meeting to see a copy of the

8   approved Area Mail Processing Plan that directed the closure of

9   the AMC and was told to save questions for later.  Every time

10  management stated that they did an "analysis" or made a final

11  "closure date" for the AMC (page 4) I asked for a copy and was

12  given none.  At the end of the meeting I again asked for a copy

13  of the approved Area Mail Processing Plan closing the AMC and I

14  was told there was none.  When I told the Plant Manager Don

15  Jacobus that he had the legal obligation under the Postal

16  Accountability Act and USPS Handbook PO-408 to provide an

17  approved AMP Plan he told me - "YOU HAVE TO TALK TO MY ATTORNEY"

18  (Page 5 question 16 exhibit 15).

19      1 May 2009 letter from the APWU President - "As of April 28,

20  2009, joint labor and management negotiations regarding Seattle

21  District's planned AMC closure and Seattle P&DC realignment has

22  stalled until further notice...  I will not give up the union's

23  right to file future grievances if violations should occur

24  because management's proposed plans did not work.  History will

25  show many of management's plans failed miserably...  But for

1  management to demand that we withdraw the AMC Realignment

2  grievances that were filed two years ago; to give up all RFI

3  (Request for Information) items that have not been provided so

4  that the union can property investigate possible contract

5  violations, and to waive present and future grievances is absurd

6  and downright bad faith bargaining!"  (exhibit 16)

7      4 May 2009, I along with American Postal Workers Union

8  officials met with the Mayor of SeaTac, Ralph Shape, and the City

9  Manager, Craig Ward, about the closing of the Air Mail Center in

10  their Community.  I informed the Mayor that no public notice had

11  been given and no public meeting had been held.  I informed them

12  that there was no feasibility study or approved Area Mail

13  Processing Plan (exhibit 12).  After the meeting the Mayor called

14  the Seattle District Manager Katherine Nash and then sent me a

15  letter (exhibit 13) about the response letter from Katherine

16  Nash.    Katherine Nash wrote that — "... Since our conversation I

17  followed up by verifying our regulations in the Postal Operations

18  Manual and contacting our facilities unit for the Western Area.

19  As I suspected notice to city officials is mandatory only when

20  the United States Postal Service discontinues a post office

21  station or branch...." (exhibit 14)

                    Employee Retirement Insurance Savings Act

23      "Claims alleging interference with employment benefits in

24  violation of ERISA related to outsourcing of jobs are analyzed

25  under the McDonald Douglas burden shifting framework; if

1  employees show a prima facie case of violation of ERISA, the

2  burden shifts to the Employer..." Register v. Honeywell Federal

3  Manufacturing & Technologies, LLC., C.A.8 (Mo) 2005, 397 F.3d

4  1130 (exhibit 2, #82)

5  <u>Postal Accountability and Enhancement Act</u>

6  Postal Accountability and Enhancement Act of Dec. 20, 2006,
   Public Law 109-435, (Reference 39 U.S.C. 404)
7

8  Title 39 section 404(d)(3) - "Any determination of the Postal
   Service to close or consolidate a post office <u>shall be in writing</u>
   and shall include the findings of the Postal Service with respect
9  to the considerations required to be made ..."

10  39 CFR 273.1 - "This part establishes procedures for imposing
    civil penalties and assessments un the Program Fraud Civil
11  Remedies Act of 1986 (codified at 31 USC 3801-3812) against any
    person who makes, submits, or presents, or causes to be made,
12  submitted, or  presented, a <u>false fictitious</u>, or fraudulent claim
    or written statement to the Postal Service."  273.2 (a)   "Claim
13  means any request, demand or submission."  273.3 (i) "is false,
    fictitious, or fraudulent or (ii) <u>Includes or is supported by any</u>
14  <u>written statement asserting a material fact which is false…</u>"

15  Title 39 section 778.4 (a) - "The Postal Service provides
    opportunities for consultation by <u>elected officials</u> of those
16  state and local governments that <u>would be directly affected by</u>
    the Postal Service's facility project plans..."  778.8 (a) -
17  "Except in unusual circumstances, the Postal Service gives state
    processes or directly affected state, areawide, regional and
18  local officials and entitles:  (2)  At least 60 days from the
    date established by the Postal Service to comment on proposed
19  facility projects actions..."

20  Title 39 section 2802 Strategic Plans (d) - "When developing
    a strategic plan, the Postal Service <u>shall solicit </u>and consider
21  the views and suggestions of those entities potentially affected
    by or interested in such plan, and shall advise the Congress of
22  the contents of the plan."

23  Title 39 section 2803 Performance Plans (a) - "The Postal
    Service <u>shall prepare</u> an annual performance plan covering each
24  program activity set forth in the Postal Service budget..."

25

Title 39 section 2805 Inherently Governmental Functions – "The functions and activities of this chapter shall be considered to be inherently Governmental functions.  The drafting of strategic plans, performance plans, and program performance reports under this section shall be performed only by employees of the Postal Service."

Title 39 section 3691 Postal Service Plan (c)(5) – "Existing efforts – Effective on the date of this Act (Dec. 20, 2006). the Postal Service may not close or consolidate any processing or logistics facilities without using the procedures for public notice and input consistent with those described under paragraph (3)(d)."  (3)(d) – "procedures that the Postal Service will use to – (i)  provide adequate public notice to communities  ...(ii) make information available...(iii)afford affected persons ample opportunity...(iv) take comments into account in making a final decision."

Federal Property and Administrative Services Act of 1949 section 313, enhanced at 41 USC 263 require agencies to achieve on average 90% of the cost, performance, and schedule goals for major acquisition program. Section 204 directed that proceeds of the sale of Federal property must be set aside by GSA in a separated special fund in the Treasury (40 USC 485).

Title 41 Section 205 (40 USC 486) (a)  "The President may prescribe such policies and directives, not inconsistent with the provisions of this Act, which policies and directives shall govern the Administrator and executives agencies in carrying out their respective functions hereunder."

Title 41 section 263 Public Contracts, established Congressional Policy that – "the head of each executive agency should achieve, on average, 90 percent of the cost, performance, and schedule goals established for major acquisition programs of the agency. (A) relates pay to performance."  The Postal Service has failed to achieve the lawful goal %90 goal of building ownership.  Who is in charge or accountable and did they get

1 their performance bonus?

2    Title 40 section 3304, requires that the GSA Administrator

3 and the Postal Service to act "jointly" in selecting public

4 buildings.  Further, section 3304 requires that the select site

5 be "most advantageous to the Government". Presidential Directive

6 under Title 40 section 121, also requires that the Administrator

7 of General Services "Issue regulations, periodically undertake

8 surveys and ensure cooperation with the heads of Executive

9 agencies."

10    Under the Reorganization Plan of 1950 incorporated in Title

11 40 section 301, to establish:

12    "...far-reaching changes which directed the released of
   rented buildings and greatly reduced the cost of the Government
13 establishment.  Similar procedures applied in the larger center
   of field activity should produce substantial savings."
14
   - President Harry S. Truman.
15
16    In 1970 Congress gave the Postal Service several billion

17 dollars in assets of facilities and equipment owed by GSA used by

18 the former Postal Department and another billion dollar bailout

19 in 1975.  Before 1970 the GSA owned 27,000 postal facilities that

20 Congress told GSA to handover the title to the Postal Service

21 pursuant to the Postal Reorganization Act.  The Comptroller

22 General report to the Subcommittee on Treasury, Post Office, and

23 Executive Office Committee on Appropriations United States

24 Senate, March 1971, found that "decisions as to whether to

25 construct or lease a facility would based on the evaluations

1  made…".

2     Executive Order 11672, 6 Jun 72, 37 F.R. 11455, Title 39

3  section 2002, conferred to the GSA and the Director of OMB that

4  property transferred to the Postal Service at fair market value

5  "unless a different basis of valuation is more equitable or

6  better serves the public interest."

7     Direct testimony of William P. Tayman JR., General Manager

8  Office of Accounting, before the PRC docket number R2001-1, on

9  page 55 (e)  Postal Service Assets Do Not Protect Against

10 Financial Risk – "The only real source of long-range financial

11 security is equity.  But this is instead a source of concern for

12 the Postal Service because our equity is <u>negative estimated to be</u>

13 <u>$6.7 billion below its starting value going into the test year</u>."

14 $6.7 billion lost in one year. On page 67 (j) Recovery of Prior

15 Years' Losses – "At this point, prior years, losses have entirely

16 consumed the Postal Service's equity.  … The BOG adopted Board

17 Resolution 95-9.  This directs the Postal Service to plan for net

18 incomes of a rate cycle which cumulatively will result in

19 recovery of prior years' losses… The Postal Service is committed

20 to restoring past losses, as the Board affirmed in that

21 Resolution."  Mr. Tayman stated on page 46 that the Postal

22 Service would need to <u>add 40 new facilities a year at $5 million</u>

23 a facility to meet the network growth.  $5 million times the

24 17,000 facilities sold by the Postal Service is $105 billion in

25 equity lost for Federal Buildings.  The Service has sold 277

1  facilities a year for the last 39 years.  The Postal Service
2  leases 28,536+ buildings and land.  That is leasing 717 a year
3  for 39 years.  In comparison the Federal Government through GSA
4  owned 411,000 Buildings and leased 45,000 buildings which is %11
5  leased in 2004.

6      Remarks by Postmaster General John E. Potter to the
   Presidential Commission on the USPS, 8 Jan 03, "The point is the
7  Postal Service made a strategic decision not to own everything."

8  Leasing facilities is more costly when the fact of paying
9  property taxes is taken into account.  Other estimates is that
10 the Postal Service is now paying 9 Billion dollars in leases
11 being paid a year means that $228.6 million (2.54%) are being
12 paid in property taxes that would not be paid if the property was
13 owned by a Federal Agency.  500 million dollars in business taxes
14 are being paid in-directly by the Postal Service through business
15 profit taxes.

16 Postal Service Facts; - "Leases 25,772 facilities ...
17 providing tax revenue to thousands of communities."  The standard
18 business accounting term for this is "taking from Peter to give
19 to Paul".  The Public's loss is the Property Owner's
20 (Stakeholder) gain.  Taking into account the Billions of federal
21 dollars spent on improving lease facilities makes it a double
22 loss to the American Public who gave $1.3 billion in Capital
23 Property assets in 1970 to the Postal Service with the Title 40
24 section 571, Public Buildings rule that if the Postal Service did
25 not need the facilities and sold them the money would be return

1   to the Federal Government's Special Fund for facilities.

2   The Association of United States Postal Lessors (AUSPL) is
3   the largest association for postal lessors, currently serving
4   more than 3,500 members nationwide since 1981.  Some members
5   owned 80-175 (Dawn Bowman) properties that are custom built for
6   and leased to USPS for a profit.  One member, Rick Austin,
7   handles the insurance for more than 7,000 properties valued at
8   over $2.8 billion.  Lawrence Schlager was instrumental in getting
9   the Postal Service to assume responsibility for maintenance and
10  taxes easing the burden of lessors by reducing a proportional
11  share of the base rent (PMA lease $149,663 per year, exhibit 21
12  page 4).  The AUSPL Subcommittee presented its recommendations
13  (slated view) to the President's Commission on USPS relating to
14  the consolidation and rationalization of the mail processing and
15  distribution infrastructure.  - "Further, the Subcommittee
16  strongly encourages the Postal Service to use its current
17  statutory flexibility to dispose of real estate assets to
18  strengthen the Postal Service's long-term financial position."
19  Title 39 section 401 General Powers of the Postal Service (5)
20  gives the Postal Service the authority to sell real property but
21  not the authority to use the funds from the sale for "revenue"
22  purposes.

23  Title 39 Section 2002 Capital of the Postal Service (a)(1) -
    "... The value recorded on the former Post Office Department's
24  books of account shall be prima facie evidence of asset value."
    (d) - "After commencement of operations of the Postal Service,
25  the President is authorized to transfer to the Postal Service,

and the Postal Service is authorized to transfer to other departments..." (Nothing about selling facilities.)

Title 39 section 2003 The Postal Service Fund - "(b) Except as otherwise provided in section 2011, there shall be deposited in the Fund, subject to withdrawal by check by the Postal Service - (1) revenues from postal and nonpostal services..." (Nothing about putting the funds from the sale of Capital Assets into the Postal Service fund.)

Title 40 section 571; "(1) In general - Except as otherwise provided in this subchapter, proceeds described in paragraph (2) shall be deposited in the Treasury as miscellaneous receipts."

Title 40 section 572; "(4) Report - A report of receipts, disbursements, and transfers to miscellaneous receipts under this subsection shall be made annually, in connection with the budget estimate, to the Director and to Congress."

The Postal Service does not deposit the facility sale money into the Treasury or put it into a separate building fund and does not report it to Congress.

The Postal Service claims that it has 34,000-39,000 post offices.  The USPS Facility Address Mail List of Active Facilities shows 33,229 facility addresses.  GAO report GGD-89-11 shows that 30% (9,996) of these post offices are non-revenue producing maintenance, warehouses, processing and administrative facilities (exhibit 5 page 8).

The Postal Service claims that it has 300-600 Mail Processing Facilities.  The USPS Processing and Distribution Center directory lists 369 P&DCs.  (exhibit 35)

The Postal Service had 43-65 AMCs, but gave out 80 THS contracts for the core work the AMCs were doing putting the mail on the planes (exhibit 25).

GAO table 1105 U.S. Postal Service summary shows a peak of

1  40,067 facilities in 1990 and a 2005 count of 37,142 facilities.

2  What happened to 2,925 facilities when mail volume went from

3  166,301 million pieces in 1990 to 211,743 million in 2005?  Where

4  is any accurate information on 34,000-39,000+/- owed and leased

5  facilities?

6  <center>CONSIDERATION</center>

7  United States Constitution Amendment XIV Section 1. – "All
   persons born or naturalized in the United States, and subject to
8  the jurisdiction thereof, are citizens of the United States and
   of the state wherein they reside. No state shall make or enforce
9  any law which shall abridge the privileges or immunities of
   citizens of the United States; nor shall any state deprive any
10 person of life, liberty, or property, without <u>due process</u> of law;
   nor deny to any person within its jurisdiction the equal
11 protection of the laws."

12 <center>Statutes</center>

13 Title 39 section 410 References in Text – "Service Contract
   Act of Oct. 22, 1965 (title 41) – Civil Rights Act of July 2,
14 1964 (title 42) – Occupational Safety and Health Act of Dec. 29,
   1970 (title 29) – Reorganization Plan numbered 14 of May 24, 1950
15 (title 5)."

16 Title 42 section 1983 – "… or causes to be subjected, any
   citizen of the United States or other person within the
17 jurisdiction thereof to the deprivation of any rights,
   privileges, or immunities secured by the Constitution and laws,
18 shall be liable to the party injured in an action at law…"  Civil
   Procedure, A Modern Approach, 2d, 1995, page 186. – "This
19 statute, enacted to aid in 'the preservation of human liberty and
   human right,' reflects a congressional judgment that a '<u>damages</u>
20 remedy against the offending party is a vital component of any
   scheme for vindicating cherished constitutional guarantees'."

21

22 Title 40 section 3304 United States Postal Service – Public
   Buildings Act of 1959 – Federal Property and Administrative
   Services Act of 1949.

23

24 Title 31 section 3802 (a)(1)  "Any person who makes,
   presents, or submits, or causes to be made, presented, or
   submitted, a claim that the person knows or has reason to know –
25 (A) is false, fictitious, or fraudulent…"

1     USPS Handbook PO-408 Area Mail Processing Guidelines, March

2 2008 (exhibit 17).

3     The Postal Operations Manual (POM); 425 Air Mail
Center/Facility "An air mail center/facility (AMC/AMF) is a
4 postal facility located at or adjacent to an airport. The AMC/AMF
core operations…"  Postal Service Operations Manual 422 Area
5 Offices – "Operations Support in the area offices will review all
plans submitted by the customer service processing facilities,
6 air mail centers/facilities (AMC/Fs), and bulk mail centers
(BMCs) for completeness and compatibility with long-range mail
7 processing and delivery needs of the area. In-Plant Support
reviews and approves all operating plans…"   424.2 Operating Plan
8 Review – "P&DCs review all standard operating plans submitted by
their P&DFs for completeness and compatibility with the long-
9 range mail processing and delivery needs of the center's area of
responsibility. The P&DC submits appropriate plans in a complete
10 package to the area office."

11     Administrative Support Manual (ASM) 327 – "Certain completed
forms become official Postal Service records having legal and
12 contractual implications."

13     Employee and Labor Relations Manual (ELM) 661.21
Congressional Code of Ethics for Government Service, Any person
14 in government service should: 9. – "Expose corruption whenever
discovered."  665.14  Reporting Violations – "All allegations of
15 violations of Postal Service laws or misconduct by Postal Service
employees, including mail theft, must be reported…"

16

17     Employee Labor Relations Manual (ELM) 612 Information Media,
612.1 Responsibility; – "Supervisors inform their employees on
18 all official matters affecting them through printed material of
bulletin boards."  612.231 – "Bulletin boards serve as a means of
19 providing to employees information of interest, such as that
required by law of regulation, official management information,
20 and items of general interest."

21                              Litigation

22     The Court found in Coca-Cola Bottling Co, v. Coca-Cola Co.,
107 F.R.D. 288 (D.Del.1989) – "On the other hand, unless
23 defendant is required to respond to plaintiff's discovery,
plaintiffs will be unable to learn whether defendant has done
24 them a wrong.  Except for a few privileged matters, nothing is
sacred in civil ligation."

25     York, Bauman & Rrandleman Remedies 4th Ed. ACB, C. Undue

Influence – "…  The kind of influence or supremacy of one mind over another by which that other is prevented from as acting according to his own wish or judgment… Undue influence involves a type of mismatch which our statue calls unfair advantage.   (Civ. Code section 1575)."

Federal Express Corp. V. Holowecki, No. 06-1322, 1(b) – "Just as this Court defers to reasonable statutory interpretations, an agency is entitled to deference when it adopts a reasonable interpretation of its regulations, unless its position is 'plainly erroneous or inconsistent with the regulations' Auer v. Robbins, 519 US 452…  "   2(b) – "… However, the ultimate responsibility for establishing a clearer, more consistent process lies with the EEOC, which should determine, in the first instance, what revisions to its forms and processes are necessary or appropriate to reduce the risk of future misunderstandings by those who seek its assistance."

District of Columbia Circuit Court, AAL v. USPS, 14 March 2003, No. 01-5449; – "The District Court granted judgment for appellees, finding that the regulations "constitute an impermissible reading of the statute." Aid Ass'n for Lutherans v. USPS, No. 96-2694, Mem. Op. at 13 (D.D.C. Sept. 13, 2001) ("AAL Mem. Op."), reprinted in Joint Appendix ("JA") 157, 169; Am. Bar. Endowment v. USPS, No. 97-660, Mem. Op. at 6 (D.D.C. Sept. 17, 2001) ("ABE Mem. Op.") (finding the "identical analysis" to apply), reprint- ed in JA 384, 389…  appellees may challenge actions by the Postal Service that are outside of the scope of its statutory authority…  On the merits, we hold that the Postal Service's regulations exceed the agency's delegated authority under the statute…  In AAL, the District Court first held that 39 U.S.C. § 410(a) did not preclude judicial review in this case… Id. at 12-13, JA 168-69."

Appellant contends that this is so because the appropriate scope of review is something akin to "that appropriate in mandamus actions," Nat'l Ass'n of Postal Supervisors v. USPS, 602 F.2d 420, 432 (D.C. Cir. 1979) ("National Association"). Appellant's Br. 2-26….

National Association, 602 F.2d at 432. – "With respect to the matter at issue in this case - the scope of review of Postal Service constructions of PRA - we held that "[t]he judicial role is to determine the extent of the agency's delegated authority and then determine whether the agency has acted within that authority."  The agency must still stay within the bounds of the delegation in promulgating regulations under the statute. In this case, the Postal Service has transgressed the bounds of any delegation to fill alleged gaps in the statute, because the statute simply cannot bear the meaning that the Postal Service

seeks to give it. See MCI Telecomms. Corp. v. Am. Tel. & Tel. Co., 512 U.S. 218, 229 (1994) ("[A]n agency's interpretation of a statute is not entitled to deference when it goes beyond the meaning that the statute can bear....")."

BURGER, J., Opinion of the Court, Supreme Court of the United States, 397 U.S. 728, Rowan v. United States Post Office Department – "… Appellants initiated an action in the United States District Court for the Central District of California upon [p731] a complaint and petition for declaratory relief on the ground that 39 U.S.C. § 4009 (1964 ed., Supp. IV) is unconstitutional… The statutory scheme at issue accords to the sender an "opportunity to be heard upon such notice and proceedings as are adequate to safeguard the right for which the constitutional protection is invoked." Anderson Nat. Bank v. Luckett, 321 U.S. 233, 246 (1944). It thus comports with the Due Process Clause of the Fifth Amendment."

Carey v. Piphus, 435 US 247, 98 S.Ct. 1042, 55 L.Ed.2d 252 – "The Court holds that plaintiffs can recover nominal damages of a dollar for the deprivation of procedural due process."

Richard Jackson vs. USPS, EEOC No.  01923399, 12 Nov 92, in the Analysis and Findings – "It is the cardinal principle of statutory interpretation the courts are required to give effect to every clause and word of a statute if possible…" "The Commission's federal sector case precedent has long defined an "aggrieved employee" as one who suffers a present harm of loss with respect to a term, condition, or privilege of employment for which there is a remedy.  Diaz v. Department of the Air Force, EEOC Request No. 05931049 (April 21, 1994)."

US Court of Appeals for the sixth Circuit Jamie L. McFarland v. USPS – "in an opinion filed after the district court decided the present case, the Supreme Court recognized that the 'very nature' of a hostile work environment 'involves repeated conduct.' Nat'l R.R.; Passenger Corp v. Morgan, 122 S.Ct.2061, 2073 (2002).  The unlawful employment practice in a hostile work environment 'occurs over a series of days or perhaps years and, in direct contrast to (claims based upon) discrete acts, a single act of harassment may not be actionable on its own.'  Id. 'Given therefore, that the incidents comprising a hostile work environment are part of one unlawful employment practice, the employer may be liable for all acts that are part of this single claim." ANALYSIS – "We must construe all of the facts at the summary judgment stage of the case in McFarland's favor, Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 587 (1986),…" "She pled from the very beginning that the Postal Service's acts of discrimination had created a hostile work environment. In an opinion filed after the district court decided

the present case, the Supreme Court recognized that the "very nature" of a hostile work environment "involves repeated conduct." "But it is the task of the court to apply the law as it is, not just as the parties describe it. The facts as set forth in the complaint and McFarland's affidavit, all of which must be construed in her favor when evaluating the Postal Service's motion for summary judgment,..."

### Conclusion

I believe that Officials of the U.S. Postal Service did significantly conceal information and shifted their lawful responsibility for the Area Mail Processing Plan development process and approval.  Concealing the information about closing the Air Mail Center has injured me and the public's right to be informed and interest protected.

I believe that Officials of the U.S. Postal Service did use false, fictitious, and fraudulent means to force the early retirement of federal employees.  Postal Service Officials used false, fictitious, and fraudulent reasons (no cost savings) to contract the work to contractors who are not paying into the Federal Retirement.  This has created an imbalance in the Federal Retirement Fund program with more retire employees drawing on the fund and injuring the fewer employees who are paying into the retirement fund.

I believe that U.S. Postal Service Officials have sold thousands of Federal facilities improperly and have not obeyed the law to set aside the funds for maintaining or building new federal facilities.  This is in violation of the principles of ownership set forth by past Presidents and Congress.  Postal

1  Service Officials have not only sold public assets at a discount,

2  they have also lease thousands of facilities at extra and high

3  cost further injuring the Public's interest.

4  <div align="center">STANDARD OF REVIEW</div>

5      Title 39 section 409 - (a)(B)"shall not be immune under any
other doctrine of sovereign immunity from suit in Federal court

6  by any person for any violation of any of those provisions of law
by an officer of employee of the Postal Service..."

7

8      Title 29 section 401 Congressional declaration of findings,
purposes and policy - "... (b) protection of rights of employees
and the public; "The Congress further finds, from recent

9  investigations in the labor and management fields, that there
have been a number of instances of breach of trust, corruption,

10  disregard of the rights of individual employees, and other
failures of observe high standards of responsibility and ethical

11  conduct which require further and supplementary legislation that
will afford necessary protection of the rights and interests of

12  employees and the public..."

13      29 CFR 1614.501 (5) - "Commitment that the agency shall cease
from engaging in the specific unlawful employment practice found

14  in the case."

15      Title 5 section 557 (d)(1)(A)(12) - "... violated shall be
determined from the perspective of a reasonable person with

16  knowledge of the relevant facts."

17      Title 5 section 504 Congressional Findings:  Section 202 of
title II of Public Law 96-481 provided that: - "(a) The Congress

18  finds that certain individuals, partnerships, corporations, and
labor and other organizations may be deterred from seeking review

19  of, or defending against, unreasonable governmental action
because of the expense involved in securing the vindication of

20  their rights in civil actions and in administrative proceedings."

21      Title 5 section 702 - "A person suffering wrong because of
agency action, or adversely affected or aggrieved by agency

22  action within the meaning of a relevant statute, is entitled to
judicial review thereof."

23

24      The US Court of Appeals for the Ninth Circuit in Flamingo
Industries v. USPS No. 01-15963 in The Procurement Manual Claim
the court stated "In 1996, Congress amended 28 USC section 1491,

25  part of the codification of the Tucker Act, by enacting the

Administrative Dispute Resolution Act of 1996 (ADRA), Pub. L. 104-320, 110 Stat. 3870 (1996)."  Footnote 5 – "… 28 USC section 1491(b)(4) imports Administrative Procedures Act (APA) standards of review… 28 USC 1491(b)(4) incorporates by reference the APA review standards into cases…"

Civil Procedures, A Modern Approach,  2nd Addition, Chapter I Choosing a System of Procedure, – "Nevertheless, there is reason to believe that litigants tend to judge the justness of dispute proceedings without reference to the outcome is they deem the process itself to have been fair (65 Va.L.Rev. 1401, 14112–1414, 1979).  Thus, procedure services to validate the integrity of the legal system as a whole by providing a remedial process that replaces much more destructive motivations like self-help and personal retribution…  The function of a trial judge is to serve litigants by determining their disputes and the issues implicated therein in accordance with applicable rules and law.  Established procedures lie at the heart of due process and as important to the attainment of ultimate justice as the factual merits of a case.  A judge may not initiate or inspire litigation and, by the same token, he may not expand a case before him be adding new issues which come to mind during the trial, without giving the parties affected a full and fair opportunity to meet those issues."

York, Bauman & Rrandleman Remedies 4th Ed. ACB, chapter 13 Remedies for Mistakes – Mistake (unilateral):  – "Basic fact" + Relative hardship or unjust enrichment of defendant approaching the unconscionable".

The Court found in Flamingo Industries v. USPS, D.C. No. CV-00-02484-MMC, page 12504 B (6) "Having determined that Congress has waived the Postal Service's immunity, we turn to the second inquiry, 'whether the source of substantive law upon which the claimant relies provides an avenue for relief'.  Meyer, 510 U.S. at 484."  Page 12506 (7) "The Postal Service's sue-and-be-sued waiver of immunity has created a presumption that the cloak of sovereignty has been withdrawn and the Postal Service should be treated as a private corporation.  See Franchise Tax Board, 467 U.S. at 520."  Page 12508 (8)  "We hold that the Postal Service can be sued under federal antitrust laws because Congress has striped the Postal Service of its sovereign status by launching it into the commercial world as a sue-and-be-sued entity akin to a private corporation…  'conduct-based' immunity can apply… Accordingly, our holding that the Postal Service does not enjoy status-based immunity …"

Federal Sentencing Guidelines, chapter 3 section 3B1.3 Abuse of Position of Trust – "If the defendant abused a position of public or private trust, or used a special skill, in a manner

that significantly facilitated the <u>commission or concealment</u> of
the offense, increase by 2 levels… For this adjustment to apply,
the position of public or private trust must have contributed in
*some significant* way to facilitating the commission or
concealment of the offense (e.g. by making the detection of the
offense or the defendant's responsibility for the offense more
difficult)."

<div align="center">Scope of Review</div>

Pursuant to Title 5 section 706 I ask the reviewing court to
compel the U.S. Postal Service to produce the approved Area Mail
Processing Plan unlawfully withheld. I ask the court to hold
unlawful and set aside the agency actions, findings and
conclusions that do not conform lawful due processes and intent
of Congress set forth in the Postal Accountability and
Enhancement Act.

<div align="center">Remedies</div>

1. I ask the Court for a Writ of Mandamus (Title 28 Rule 21,
section 1361 and 1651) pursuant to the Freedom of Information Act
to compel the U.S. Postal Service to produce the Approved (39 CFR
222.2) Area Mail Processing (AMP) Plan directing the closer of
the Air Mail Center (AMC) facilities, Pittston Coal Group v.
Sebben, 109 S. Ct. 414, 424 (1988); Heckler v. Ringer, 466 U.S.
602, 616 (1984).

2. I ask that the Court for a Temporary Restraining Order
pursuant to FRCP 65 to stop the U.S. Postal Service from closing
the SeaTac Air Mail Facility without due process and without

1  approval, City of Waltham v. USPS (D. Mass. 1992) 786 F. Supp.

2  105.

3    3.  I ask the Court for a Permanent Injunction pursuant to

4  FRCP 65 to bar the U.S. Postal Service from closing,

5  consolidating or selling any facility without going through the

6  lawful process and obtaining a Headquarters Approval to do so,

7  City of Waltham v. USPS (D. Mass. 1992) 786 F. Supp. 105.

8

9    4.  I ask the Court to appoint a Special Master(s) pursuant

10 to FRCP 53 to:

11        a. To review if each facility closer and contracting was

12 made in accordance with the rules of the Postal Accountability

13 and Enhancement Act, USPS Handbook PO-408, Procurement Policies

14 and in the public's interest, Title 39 section 2802.

15        b. To review if the Postal Service's personnel

16 reduction/retirement program and the outsourcing of core postal

17 functions to non-Federal Retirement Fund paying contractors has

18 injured employees and is a violation of the Employees Retirement

19 Insurance Savings Act, Register v. Honeywell Federal

20 Manufacturing & Technologies, LLC., C.A.8 (Mo) 2005, 397 F.3d

21 1130.

22        c. To undue any actions found to be unlawful (reopen the

23 facilities) Title 39 section 3691 and to make effected employees

24 whole (give them their old AMC job back), Title 5 Section 7118.

25

5.   I ask that the U.S. Postal Service pay my ligation costs and the appropriate Freedom of Information Act fine (per day withheld) to me for the withholding of the information (Approved Area Mail Processing Plan) as damages, Title 5 section 552.

Dated this 3rd day of June, 2009,

Lance McDermott
1819 So 104 ST
Seattle, WA   98168
206 763-6268