UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE P. McDERMOTT,

    Plaintiff,

    v.

JOHN E. POTTER,

    Defendant.

Case No. C09-0776RSL

ORDER DENYING MOTION FOR A WRIT OF MANDAMUS AND MOTION FOR A SPECIAL MASTER

This matter comes before the Court on plaintiff's motion for a writ of mandamus and motion for a special master. Plaintiff, who is proceeding *pro se*, seeks (1) to compel the United States Postal Service to produce the approved "Area Mail Processing Plan" directing the closure of the "Air Mail Center" facilities, and (2) the appointment of a special master to review, and potentially undo, certain actions and programs of the Postal Service. Plaintiff has not supported his motions with any facts to show that the relief he seeks is warranted, or even to show that he has standing to seek that relief.

Furthermore, even if plaintiff had supported the motions, the Court would not order the far-reaching relief he seeks on an *ex parte* basis. There is no indication that plaintiff served defendant with a copy of the motions. The Court denied plaintiff's motions for a temporary restraining order and for a preliminary injunction, so plaintiff is not entitled to expedited relief. To the extent that plaintiff seeks documents from defendant, he may request them in the course

ORDER DENYING MOTIONS - 1

of discovery consistent with the Federal Rules of Civil Procedure and the Local Rules of this district.

Accordingly, plaintiff's motion for a special master (Dkt. #2) and motion for a writ of mandamus (Dkt. #3) are DENIED both on the merits and as prematurely filed.

DATED this 10th day of June, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTIONS - 2